In the Matter of JOSEPH M. MARTIN, Appellant, against ABRAHAM KAPLAN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

(Argued June 20, 1932; decided July 19, 1932.)

*John W. Remer* and *Frank H. Richmond* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Vine H. Smith* and *Arthur Sweeny* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, ˙KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.